**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Milton Keith JAMES, Defendant–
Appellant.**

No. 02–6458.

United States Court of Appeals,
Fourth Circuit.

Submitted July 18, 2002.

Decided July 24, 2002.

Milton Keith James, Appellant Pro Se.

Before WIDENER, LUTTIG, and GREGORY, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Milton Keith James seeks to appeal the district court's orders denying relief on his motion filed under 28 U.S.C.A. § 2255 (West Supp.2001), and his motion for reconsideration. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. James,* Nos. CR–88–70–K; CA–01–1904–JFM (D. Md. filed July 16, 2001; Jan. 7, 2002 & entered Jan. 8, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*